PER CURIAM.
We have carefully examined each of the points presented on appeal and cross-appeal and find that the trial judge committed no error. Nodar v. Galbreath, 462 So.2d 803 (Fla.1984); New Amsterdam Casualty Co. v. Utility Battery Mfg. Co., 122 Fla. 718, 166 So. 856 (1935); U.S. Home Corp. v. Suncoast Utils., Inc., 454 So.2d 601 (Fla. 2d DCA 1984); Mori v. Matsushita Elec. Corp., 380 So.2d 461, 463 (Fla. 3d DCA 1980), cert. denied, 389 So.2d 1112 (Fla.1980); Sobel v. Jefferson Stores, Inc., 459 So.2d 433 (Fla. 3d DCA 1984).
Affirmed.